

FILED ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
DEC 28 2010
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GEORGE TYRONE DUNLAP, JR., Petitioner, vs. PALMER, WARDEN, *et al.*, Respondents. | ) | 3: 07-cv-00019-RCJ-RAM **ORDER** |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On November 22, 2010, respondents filed a motion to dismiss for lack of jurisdiction. (Docket #48.) Petitioner filed a response to the motion on December 3, 2010, to which respondents filed a reply on December 13, 2010.

On December 20, 2010, petitioner filed a document entitled "Statement of Facts." (Docket #56.) On December 22, 2010, respondents filed a motion to strike petitioner's document. (Docket #57.) Petitioner filed an opposition on December 27, 2010. (Docket #58.)

The court agrees with respondents that petitioner's "Statement of Facts" is essentially an additional response to respondents' reply to petitioner's response to respondents' motion to dismiss, to which petitioner is not entitled under the Local Rules of this court. Accordingly,

respondents' motion to strike (docket #57) is **HEREBY GRANTED**. Petitioner's "Statement of Facts" is **stricken** and will not be considered by the court for any purpose. Respondents' motion to dismiss is fully briefed and remains pending before the court.

DATED: December 28, 2010

UNITED STATES DISTRICT JUDGE